# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ASSI, et al.<br>Plaintiff(s),<br>v.<br>LENDERFI, INC., et al.<br>Defendant(s). | CASE NUMBER:<br>2:22−cv−06786−MWC−JC<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document. No. | Title of Document. |
|---|---|---|
| 11/22/2024 | 49 | Notice of Voluntary Dismissal |

**IT IS HEREBY ORDERED:**

Counsel shall file a stipulation of dismissal within 5 days

DATED: November 25, 2024

/s/ *Michelle Williams Court*
United States District Judge